EMMA L. BAKER, Plaintiff, Respondent, v. ELEANOR G. ASTARITA, JAMES J. ASTARITA and ANGELINA ASTERITA, Defendants, Appellants, and ELLEN BRACCINI, Defendant, Respondent, and SALOMON A. HAUPTMAN, Appellant.—

Order denying motion to construe and enforce a stipulation made in this action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.